UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

    Plaintiffs,

v.

                                No. 1:23-cv-580-HYJ-SJB

                                HON. HALA Y. JARBOU

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

    The parties, by and through their attorneys, stipulate and agree to extend the time for Defendants the State of Michigan; Governor Gretchen Whitmer, in her official capacity; Senator Sean McCann, in his official capacity; Environment Great Lakes and Energy Director Aaron Keatley, individually and in his official capacity; Michigan Department of Health and Human Services, Assessment Manager Andrea Keatley, in her official capacity, to respond to the complaint by 60 days, until September 29, 2023. The number and breadth of complaint allegations mean additional time is required for State Defendants to fully respond.

    The parties submit a proposed order reflecting the extended response time together with this stipulation.

2

| | |
|---|---|
| THE J.R. BEASON FIRM PLLC | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL |
| By: /s/ *John R. Beason III*<br>John R. Beason III (D.C. Bar No. 1721583)<br>Attorney for Plaintiffs<br>583 McAlister Street<br>Benton Harbor, MI 49022 | By: /s/ *Rebecca M. Smith*<br>Rebecca M. Smith (P72184)<br>Assistant Attorney General<br>Attorney for State Defendants<br>Environment, Natural Resources, and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>smithr72@michigan.gov |
| Dated: July 26, 2023 | Dated: July 26, 2023 |

LF:  Dancer, Tyler, et al (v EGLE) USDC-WD/AG #2023-0380307-A/Stipulation to Extend Response Deadline 2023-07-26