UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-580

    Hon. Hala Y. Jarbou

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## NOTICE OF IMPENDING DISMISSAL

The court records indicate that more than 60 days have passed from the filing of the above complaint and Defendants Graphic Packaging Holding Co., Graphic Packaging International, City of Kalamazoo, Paul W. McCann, Jim Ritsema, Michael Compher, Debra Shore, and United States of America have not been served. In addition, proofs of service have not been filed for Defendants Andrea Keatley, Sean McCann, State of Michigan, and Gretchen Whitmer, although attorney appearances were filed on July 26, 2023. This notice serves to inform Plaintiffs that the action shall be dismissed without prejudice as to the above-named Defendants, unless Plaintiffs complete service of process within 90 days after the filing of the complaint, in accordance with Fed. R. Civ. P. 4(m). Pursuant to Fed. R. Civ. P. 4(l), proofs of service are required to be filed unless service is waived. If proofs of service are not timely filed, the action shall be dismissed without prejudice as to the above-named Defendants.

Dated:  July 26, 2023                /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE