UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, Representative
for the Estate of Michael Chandler
DEANN WINFIELD, Representative
for the Estate of LAPRACE STEGALL
SHAPRACE STEGALL, Next Friend for
J.W., J.W., A.D;
MIKEL LUCAS AND SHANNIKA
LUCAS, Next Friends for S.L.;
CEDRIC HUNTLEY, Next Friend for C.H.;
DEVIN PARKER, Next Friend for X.L.,
and A.L.;
ALISA WATKINS, Next Friend
for A.M.;
DURLAHN ROLSTONE SR., Next Friends
for D.R.;
BRITNEY JOHNSON, Next Friend
for B.K. and D.R.;
ANTANEISHA FOX AND TYRELL L.
LAGRONE; Next Friends for A.L. and
A.L.;
Individually, BRANDI CRAWFORD;
Individually, THOMAS W. CRAWFORD;
Individually, DEANDRE JORDAN
Individually, MELBA PARKER;
Individually, DORI WORD;
Individually, KIMBERLY BRONSON;
Individually, CHERYL BRONSON;
Individually, JENNY DOEZCEMA;
Individually, ANDRIETTA GASTON;
Individually, ERLINE FIELDS;
Individually, DEBORAH FIELDS;
Individually, GLORIA CLOPTON;
Individually, NICOLE FIELDS;
Individually, BARBARA IRIS POTTER;
Individually, MARY COLLINS;
Individually, ODIE DANCER JR.;
Individually, MICHELLE DANCER;
Individually, ODIE DANCER SR;
Individually, MARY DANCER;
Individually, REGINALD T. DOSS;
Individually, BENJAMIN WINFIELD;
Individually, PAUL J. LAMBERT;

**Individually, TIMOTHY D. JOHNSON;**
**Individually, SAM DIXISON;**
**Individually, DEVAUHNTRE BATES;**
**Individually, NATALIE NORRIS;**
**Individually, DELLA NICHOLS;**
**Individually, BRITNEY JOHNSON;**
**Individually, JOE BYARS;**
**Individually, JASMINE DAVIES;**
**Individually, AJANI RODGERS;**
**Individually, JAMES CUMMINGS;**
**Individually, BARBARA CUMMINGS;**

         **Plaintiffs,**         Case No. 1:23-cv-580 – HYJ-SJB

    v.         Honorable Chief Judge Hala Y. Jarbou

**UNITED STATES OF AMERICA;**
**ENVIRONMENTAL PROTECTION AGENCY**
**REGION 5 DIRECTOR DEBRA SHORE, In**
**her Official Capacity; MARTA FUOCO,**
**Individually and in her Official Capacity,**
**MICHAEL COMPHER, in his Official Capacity;**
**GRAPHIC PACKAGING HOLDING CO.;**
**GRAPHIC PACKAGING INTERNATIONAL;**
**TOM OLSTAD, Individually and in his Official Capacity;**
**PAUL W. MCCANN, in his Official Capacity;**
**CITY OF KALAMAZOO; MAYOR DAVID**
**ANDERSON, Individually and in his Official**
**Capacity; JIM RITSEMA, in his Official Capacity;**
**JACK URBAN, Individually and in his Official**
**Capacity; JAMES BAKER, Individually and in**
**his Official Capacity; THE STATE OF MICHIGAN;**
**GOVERNOR GRETCHEN WHITMER, in her**
**Official Capacity; SENATOR SEAN MCCANN**
**in his Official Capacity; ENVIRONMENT GREAT**
**LAKES AND ENERGY DIRECTOR AARON KEATLEY,**
**Individually and in his Official Capacity; MICHIGAN**
**DEPARTMENT OF HUMAN HEALTH AND SERVICES,**
**ASSESSMENT MANAGER ANDREA KEATLEY,**
**in her Official Capacity; BOBBY HOPEWELL,**
**Individually and in his Official Capacity; and any**
**unknown, yet to be determined persons or entities.**

         **Defendants.**

2

## **STIPULATED ORDER FOR EXTENSION TO FILE ANSWER**

Plaintiffs and Defendants Graphic Packaging Holding Co., Graphic Packaging International LLC, Tom Olstad and Paul McCann, by and through their respective undersigned counsel, hereby stipulate as follows:

1. Undersigned counsel for Defendants Graphic Packaging Holding Co., Graphic Packaging International LLC, Tom Olstad and Paul McCann ("GPI Defendants"), accepts service of process on behalf of all the GPI Defendants as of July 21, 2023.

2. The GPI Defendants request an extension of time to answer or otherwise respond to the Complaint until September 15, 2023. Counsel for Plaintiff agrees to that extension.

3. The parties seek to document this extension via this Stipulation and Order and respectfully request that the Court enter the below Order consistent with the Stipulation.

**IT IS SO ORDERED** that the GPI Defendants shall answer or otherwise respond to the Complaint by **September 15, 2023.**

**IT IS FURTHER ORDERED** that proofs of service shall be filed as to above-named Defendants. Pursuant to Fed. R. Civ. P. 4(l), proofs of service are required to be filed unless service is waived. If proofs of service are not timely filed, the action shall be dismissed without prejudice as to the above-named Defendants.

Dated: July 27, 2023                         /s/Hala Y. Jarbou
                                             HALA Y. JARBOU
                                             Chief United States District Judge

STIPULATED AND AGREED:

| THE J.R. BEASON FIRM PLLC | BARNES & THORNBURG LLP |
|---|---|
| By: */s/John R. Beason III (with permission)*<br>    John R. Beason III<br>    853 McAlister Street<br>    Benton Harbor, MI 49022<br>    P: (219) 213-1426<br>    JRBeason3@TheJRBeasonFirm.com<br>    *Attorneys for Plaintiffs*<br><br>Dated: July 27, 2023 | By: */s/ Anthony C. Sallah*<br>    Charles M. Denton (P33269)<br>    Anthony C. Sallah (P84136)<br>    171 Monroe Avenue, NW, Suite 1000<br>    Grand Rapids, MI 49503<br>    P: (616) 742-3930<br>    F: (616) 742-3999<br>    cdenton@btlaw.com<br>    asallah@btlaw.com<br>            -and-<br>    Mark P. Miller<br>    One North Wacker Drive, Suite 4400<br>    Chicago, IL 60606-2833<br>    Phone:  (312) 357-1313<br>    Facsimile: (312) 759-5646<br>    mmiller@btlaw.com<br>    *Attorneys for Defendant*<br><br>Dated: July 27, 2023 |