UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

Case No. 1:23-cv-580

Hon. Hala Y. Jarbou

**ORDER TO SHOW CAUSE**

The court records reveal that Plaintiffs served a summons and complaint on July 10, 2023, to Debra Shore and Michael Compher (ECF Nos. 21 and 22); July 11, 2023, to Aaron Keatly (ECF No. 10); July 12, 2023, to Bobby Hopewell (ECF No. 6); July 18, 2023, to Marta Fuoco (ECF No. 9) and these Defendants have failed to file a response within the time commanded by Rule 12(a) of the Federal Rules of Civil Procedure. The court records further indicate that Plaintiffs have failed to move for an entry of default against these Defendants.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall, not later than **August 24, 2023**, move for an entry of default against Defendants Debra Shore, Michael Compher, Aaron Keatly, Bobby Hopewell, and Marta Fuoco or show cause in writing why the Court should not dismiss the case for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.

Dated: August 10, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE