UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

Case No. 1:23-cv-580

Hon. Hala Y. Jarbou

## ORDER TO SHOW CAUSE

The Court entered a Stipulation and Order Extending Time for Defendants Graphic Packaging Holding Co., Graphic Packaging International LLC, and Paul W. McCann to Answer by September 15, 2023 (ECF No. 17) and ordered parties to file their proof of service pursuant to Rule 4 (I)(1).

Accordingly,

**IT IS ORDERED** that Plaintiffs shall, not later than close of business, **August 11, 2023**, file proof of service as to Defendants Graphic Packaging Holding Co., Graphic Packaging International LLC, and Paul W. McCann or appear for a **Show Cause Hearing** on **August 14, 2023, at 11:00 a.m.**

Dated: August 10, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE