UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

     Plaintiffs,

                              Case No. 1:23-cv-580

v.

                              Hon. Hala Y. Jarbou

UNITED STATES OF AMERICA, et al.,

     Defendants.

_____/

## **ORDER**

On August 25, 2023, this Court issued an Order Dismissing the Amended Order to Show Cause as to Defendants Michael Compher, Bobby Hopewell and Marta Fuoco (ECF No. 26) and directed Plaintiffs to show cause in writing why the Court should not dismiss the case for lack of prosecution as to Defendant Debra Shore pursuant to W.D. Mich. LCivR 41.1 or to appear for a Show Cause Hearing on August 31, 2023 (ECF No. 49.)  On August 31, 2023, Plaintiffs failed to appear and were directed to file a response or appear for a Show Cause Hearing on September 1, 2023, at 11:00 a.m. On August 31, 2023, Plaintiffs filed a response to the Show Cause Order as to Defendant Debra Shore.

Accordingly,

**IT IS ORDERED** that the Court finds that dismissal of the case as to Defendant Debra Shore is not warranted at this time.

**IT IS FURTHER ORDERED** that the Show Cause Hearing set for September 1, 2023, at 11:00 a.m. is **CANCELLED**.

Dated: August 31, 2023                 /s/Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE