UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

    Plaintiffs,

v.

                                      Case No. 1:23-cv-580

UNITED STATES OF AMERICA, et al.,        Hon. Hala Y. Jarbou

    Defendants.

_____/

**ORDER**

The Court having reviewed the parties' Joint Status Report (ECF No. 114) and Joint Notice Regarding Rule 16 Scheduling Conference (ECF No. 115),

**IT IS ORDERED** that a Rule 16 Scheduling Conference will be set at a later date to be determined by the Court.

Dated: November 15, 2023                    /s/ Hala Y. Jarbou
                                                              HALA Y. JARBOU
                                                              CHIEF UNITED STATES DISTRICT JUDGE