UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

    Plaintiffs,   Case No. 1:23–cv–00580–HYJ–SJB

v.   Hon. Hala Y. Jarbou

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

**ORDER**

IT IS SO ORDERED.

Dated: December 27, 2023    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    Chief United States District Judge