UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYLER DANCER, et al.,

    Plaintiffs,

v.

    Case No. 1:23-cv-580

    Hon. Hala Y. Jarbou

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Plaintiffs' motion for reconsideration (ECF No. 103) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 50, 71, 74, 76, 83) are **GRANTED** as set forth in the opinion.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel must **SHOW CAUSE** within twenty-one days of this date why the Court should not sanction him for failure to comply with Rule 11(b)(3) of the Federal Rules of Civil Procedure before filing a complaint alleging a family relationship between Paul McCann and Senator Sean McCann and secret financial transactions between them and Graphic Packaging International ("GPI"), as well as a racial animus held by GPI and its parent, Graphic Packaging Holding Company ("GPH"). (*See, e.g.*, Compl. 74, 77.)

The parties who filed the motion to strike Plaintiffs' allegations (Defendants GPI, GPH, Paul McCann, and Olstad) may file a response to Plaintiffs' show cause brief within fourteen days after it is filed.

2

The Court will enter a judgment in accordance with this order.

Dated: March 15, 2024                           /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE

2