# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 14, 2025

Mr. John Robert Beason III
J.R. Beason Firm
853 McAlister Avenue
Benton Harbor, MI 49022

Mr. Charles Murray Denton
Barnes & Thornburg
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

Mr. Aaron D. Lindstrom
Barnes & Thornburg
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

Mr. Anthony C. Sallah
Barnes & Thornburg
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

Mr. Scott M. Watson
Barnes & Thornburg
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

    Re:  Case No. 25-1188, *Tyler Dancer, et al v. USA, et al*
           Originating Case No. : 1:23-cv-00580

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                            Sincerely yours,

                                            s/Connie A. Weiskittel
                                            Mediation Administrator

cc:  Ms. Ann E. Filkins

Enclosure

No mandate to issue

Case No. 25-1188

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TYLER DANCER, Representative for the estate of Michael Chandler; DEANN WINFIELD, Representative for the estate of Laprace Stegall; SHAPRACE STEGALL, next friend of J.W., next friend of A.D.; MIKEL LUCAS, next friend of mekS.L.; SHANNIKA LUCAS, next friend of S.L.; CEDRIC HUNTLEY, next friend of C.H.; DEVIN PARKER, next friend of A.L., next friend of X.L.; ALISA WATKINS, next friend of A.M.; DURLAHN ROLSTONE, SR., next friend of D.R.; BRITNEY JOHNSON, Individually, next friend of B.K., next friend of D.R.; ANTANEISHA FOX; TYRELL L. LAGRONE, next friend of A.L.; BRANDI CRAWFORD, Individually; THOMAS W. CRAWFORD, Individually; DEANDRE JORDAN, Individually; MELBA PARKER, Individually; DORI WORD, Individually; KIMBERLY BRONSON, Individually; CHERYL BRONSON, Individually; JENNY DOEZCEMA, Individually; ANDRIETTA GASTON, Individually; ERLINE FIELDS, Individually; DEBORAH FIELDS, Individually; GLORIA CLOPTON, Individually; NICOLE FIELDS, Individually; BARBARA IRIS POTTER, Individually; MARY COLLINS, Individually; ODIE DANCER, JR., Individually; MICHELLE DANCER, Individually; ODIE DANCER, SR., Individually; MARY DANCER, Individually; REGINALD T. DOSS, Individually; BENJAMIN WINFIELD, Individually; PAUL J. LAMBERT, Individually; TIMOTHY D. JOHNSON, Individually; SAM DIXISON, Individually; DEVAUHNTRE BATES, Individually; NATALIE NORRIS, Individually; DELLA NICHOLS, Individually; JOE BYARS, Individually; JASMINE DAVIES, Individually; AJANI RODGERS, Individually; JAMES CUMMINGS, Individually; BARBARA CUMMINGS, Individually

       Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA; DEBRA SHORE, Environmental Protection Agency Region 5 Director, In her Official Capacity; MICHAEL COMPHER; ; TOM OLSTAD, Individually and in his Official Capacity; PAUL W. MCCANN, in his Official Capacity; CITY OF KALAMAZOO, MI; DAVID F. ANDERSON, Mayor, Individually and in his Official Capacity; JIM RITSEMA, in his Official Capacity; JACK URBAN, Individually and in his Official Capacity; JAMES BAKER, Individually and in his Official Capacity; STATE OF MICHIGAN; GRETCHEN WHITMER, Governor, in her Official Capacity; SEAN MCCANN, Senator, in his Official Capacity; AARON KEATLEY, Environment Great Lakes and Energy Director, Individually and in his Official Capacity; ANDREA KEATLEY, Michigan Department of Human Health and Services, Assessment Manager, in her Official Capacity; BOBBY HOPEWELL, Individually and in his Official Capacity MARTA FUOCO,

       Defendants

GRAPHIC PACKAGING HOLDING CO.; GRAPHIC PACKAGING INTERNATIONAL, LLC

      Defendants - Appellees

  In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

  It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                              **ENTERED PURSUANT TO RULE 33,**
                              **RULES OF THE SIXTH CIRCUIT**
                              Kelly L. Stephens, Clerk

Issued: April 14, 2025